IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Criminal No. _____ |
| RAUL VELAZQUEZ LOPEZ, | ) | 18 USC 2423(b) |
| | ) | 18 USC 2422(b) |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 9, 2005, in the Western District of Tennessee, and elsewhere, the defendant,

---------------------------------------RAUL VELAZQUEZ LOPEZ---------------------------------------

knowingly traveled in interstate commerce, from the Western District of Tennessee to the State of Alabama, for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246, with a 14 year old female minor, that would be in violation of Title 18, United States Code, Section 2243 if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

## COUNT 2

On or about November 8, 2005, in the Western District of Tennessee, and elsewhere, the defendant,

------------------------------------- RAUL VELAZQUEZ LOPEZ-------------------------------------

knowingly used, and cause to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "Internet instant messages", over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a 14 year old minor female, to engage in a sexual act, that is, sexual intercourse, such sexual conduct then constituting a criminal offense under Alabama Penal Code Section 13A-6-62; all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

A TRUE BILL

s/Grand Jury Foreperson

Asst UNITED STATES ATTORNEY

02-09-2006
DATE

2