IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| vs. | * Criminal No. 06-20034-D |
| | * |
| **RAUL VELAZQUEZ LOPEZ,** | * |
| Defendant. | * |

**ORDER ON MOTION OF THE UNITED STATES
TO DISMISS INDICTMENT WITHOUT PREJUDICE**

This cause came on to be heard this date upon oral motion of the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, to dismiss the above-referenced Indictment in this matter, without prejudice; and

**IT SATISFACTORILY APPEARING TO THE COURT** that said motion of the United States should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that the Indictment in this cause be and is hereby dismissed without prejudice.

Enter this 2nd day of September, 2008,

                                                    **s/Bernice B. Donald**
                                                  **BERNICE B. DONALD**
                                                  **United States District Judge**